FILED
SEP 0 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Deana Marie ROMERO

    Defendant.

Magistrate Case No.:
**'08 MJ 8807**

COMPLAINT FOR VIOLATION OF
21 U.S.C. § 952 and 960
Importation of a Controlled Substance
(Felony)

    The undersigned complainant being duly sworn states:

    That on or about September 3, 2008, within the Southern District of California, defendant Deana Marie ROMERO did knowingly and intentionally import approximately 43.46 kilograms (95.61 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

    The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                Chad N. Worgen, Special Agent
                                U.S. Immigration and
                                Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 4th DAY OF SEPTEMBER 2008.

                                Peter C. Lewis
                                U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
                          v.
Deana Marie ROMERO

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to United States Immigration and Customs Enforcement Special Agent Chad N. Worgen.

On September 3, 2008, at approximately 0020 hours, Deana Marie ROMERO (ROMERO) entered the United States from Mexico at the Calexico, California, west port of entry. ROMERO was the driver, sole occupant, and registered owner of a 1995 Ford Explorer.

Customs and Border Protection Officer (CBPO) E. Pelayo was assigned to primary inspections when ROMERO applied for entry. CBPO Pelayo received a negative oral Customs declaration from ROMERO. ROMERO stated she had been visiting a relative in Mexico. CBPO conducted a search of the spare tire located on the Explorer, and it felt solid when tapped. CBPO Pelayo observed the license plate had only one prior crossing from Mexico. CBPO Pelayo escorted ROMERO and the Explorer to secondary for a further inspection.

CBPO Pelayo requested Canine Enforcement Officer (CEO) S. Parrish screen the vehicle driven by ROMERO with his assigned Narcotics Human Detector Dog (NHDD). CEO Parrish informed CBPO Pelayo his NHDD had alerted to the passenger side door.

CBPO M. Cardenas was conducting secondary inspections and approached ROMERO and the vehicle. CBPO Cardenas received a negative oral Customs declaration from ROMERO. After being questioned, ROMERO stated she was in Mexicali, Baja California, Mexico, for one day taking care of her father who was ill.

ROMERO stated she was the registered owner of the Explorer, and she is the only person who drives it. ROMERO stated she was going to her house in Thermal, California.

CBPO Cardenas conducted an intensive inspection of the Explorer which resulted in the discovery of thirty-six (36) packages concealed within the spare tire and doors. CBPO Cardenas probed a package producing a green leafy substance that tested positive for marijuana. The total weight of the packages of marijuana was 43.46 kilograms (95.61 pounds).

Special Agent Worgen advised ROMERO of her Miranda rights. ROMERO acknowledged and waived her rights, and agreed to be interviewed without the presence of an attorney.

ROMERO stated her friend "Martin" asked her to participate in a marijuana smuggling venture, and ROMERO agreed. ROMERO stated she and Martin traveled to Mexicali, Baja California, Mexico to have a special compartment built in ROMERO'S Ford Explorer. The compartment would conceal controlled substances. ROMERO stated Martin drove the Ford Explorer to the rear of a parking lot located at "La Casona" in Mexicali. ROMERO stated two unknown Mexican males picked up the Ford Explorer, and she and Martin walked to a hotel to await the return of the Explorer. ROMERO thinks the nickname of one of the men was "Guero." ROMERO stated Martin paid for the hotel.

ROMERO stated Guero dropped the Explorer off at the hotel around midnight. ROMERO stated the Explorer was returned covered in mud. Martin insisted that he was going to walk across the border into the United States, and told ROMERO to pick him up at the park located across from the Calexico, California West Port of Entry. ROMERO was confused why Martin wanted to walk across,

1  but she agreed.  ROMERO agreed she knew something was wrong, but
2  insisted on driving the Explorer across the border to get home
3  and attend to her family.  ROMERO stated she was never told
4  controlled substances were concealed within the Explorer.  ROMERO
5  stated she was not getting paid to drive the Explorer across the
6  border.  ROMERO was going to drop Martin off at his residence in
7  Coachella, California, and return home.